Steven H. Winterbauer, WSBA #16468
Winterbauer & Diamond PLLC
1200 Fifth Avenue, Suite 1910
Seattle, WA 98101
206-676-8440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARIO VIERA and CHRISTINA VIERA, husband and wife,

    Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, a Washington corporation,

    Defendant.

No. CV-07-5010-EFS

**PROTECTIVE ORDER**

[PROPOSED]

THIS MATTER came on regularly before the above-entitled Court upon the parties' Stipulated Motion for Protective Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Stipulated Motion for Protective Order is GRANTED.

DONE IN COURT this 7th day of March, 2008.

                        s/ Edward F. Shea
                        District Court Judge

PROTECTIVE ORDER
[PROPOSED] - 1